IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00881-PAB-CBS

RAMONA SMITH,
    Plaintiff,
v.

CHEYENNE MOUNTAIN SCHOOL DISTRICT 12,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant's Motion to Strike Plaintiff's Response to its Motion for Summary Judgment.  Pursuant to the Order Referring Case dated May 26, 2015 (Doc. # 10) and the memorandum dated November 13, 2015 (Doc. #23), this matter was referred to the Magistrate Judge.  The court has reviewed the Motion, Ms. Smith's Response (Doc. # 24), the entire case file, and the applicable law, including District Judge Philip A. Brimmer's Practice Standards for civil cases, which govern this case, and is sufficiently advised in the premises.  In accordance with Judge Brimmer's Practice Standards, at page 9 of 15, IT IS ORDERED that:

    1.    Defendant's Motion to Strike Plaintiff's Response to its Motion for Summary Judgment is GRANTED and the Response (Doc. # 21) is STRICKEN.

    2.    Ms. Smith may submit an Amended Response not to exceed twenty (20) pages on or before December 1, 2015.

DATED at Denver, Colorado, this 16th day of November, 2015.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge